UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE C. HOUGHTON,

    Plaintiff,

v.                                                          Case No. 1:15-cv-139
                                                                 Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: March 24, 2016                        /s/ Ray Kent
                                                        RAY KENT
                                                        United States Magistrate Judge